**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 4 MM 2017
:
Respondent :
:
:
v. :
:
:
WILLIAM PIERCE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2017, the Application for the Assignment of Counsel is **DENIED**.